UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT STRONG,<br><br>                    Plaintiff,<br>v.<br><br>FRANCES M. O'REILLY, trustee of the Frances M O'Reilly family trust initially created February 1, 1995, THOMAS KENNY, trustee of the Frances M. O'Reilly Trust Family Trust Initially Created February 1, 1995, THOMAS KENNY, ,<br><br>                    Defendants. | Case No.: 16CV1894 LAB (BGS)<br><br>**ORDER DENYING MOTION TO COMPEL** |

On November 29, 2017, Defendant Thomas Kenny filed a Motion to Compel seeking to compel Plaintiff Matt Strong to produce documents.[1] (ECF No. 46.) However, Defendant has failed to comply with the undersigned's Chambers' Rules for resolution of a discovery dispute. (Chambers' Rules at 5-7.)

///

---

[1] The Motion was accepted under a discrepancy order on December 8, 2017 despite other deficiencies in the filing.

1

First, it is unclear whether Defendant and counsel for the Plaintiff have met and conferred on this issue. (*Id.* at 5.) Second, the parties have not contacted the Court to specifically and succinctly explain the dispute. (*Id.* at 6.) Third, Defendant appears to be attempting to file a formal motion without approval from the Court, which the Chambers' Rules specifically prohibit. (*Id.* at 7 ("Under no circumstances may any party file any motion relating to Rules 26 through 37 and 45, ex parte or otherwise, without complying with the procedure set forth in these chambers rules re: discovery disputes.").)

The Court recognizes that Defendant is proceeding pro se, however, proceeding pro se does not relieve a litigant of their obligation to follow the Federal Rules of Civil Procedure, the Local Rules, and the undersigned's Chambers' Rules.

The Motion to Compel is **DENIED** with leave to follow the procedures outlined in the Chambers' Rules for resolution of a discovery dispute.

**IT IS SO ORDERED.**

Dated: December 8, 2017

Hon. Bernard G. Skomal
United States Magistrate Judge