# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT STRONG,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>THOMAS KENNY, TRUSTEE OF THE FRANCIS M. O'REILLY FAMILY TRUST INITIALLY CREATED FEBRUARY 1, 1995, THOMAS KENNY<br><br>　　　　　　　　　　Defendants. | CASE NO. 16cv1894-LAB (BGS)<br><br>**ORDER RECOGNIZING CASE AS MOOT** |

Plaintiff Matt Strong brought claims under the Americans with Disabilities Act (ADA) seeking injunctive relief, as well as supplemental state claims. Injunctive relief is the only form of relief available under Title III of the ADA. *Wander v. Kaus*, 304 F.3d 856, 858 (9th Cir. 2002). Plaintiff's counsel on January 3 filed a notice that Strong has died.

Because claims for injunctive relief have become moot, the ADA claim is likewise moot. *See Center for Bio. Diversity v. Lohn*, 511 F.3d 960, 963 (9th Cir. 2007). Similarly, there is no basis for the Court's exercise of jurisdiction over the supplemental claims. *See Rodriguez v. Ralphs Grocery Co.*, 323 Fed. Appx. 617, at *1 (9th Cir. 2009) (citing *Herman Family Revocable Tr. v. Teddy Bear*, 254 F.3d 802, 805–07 (9th Cir. 2001)) ("[I]f the federal claim is dismissed for lack of subject matter jurisdiction, a district court has no discretion to retain supplemental claims for adjudication, and must dismiss the state law claims without

prejudice . . . ."). The Court has no power to adjudicate the state law claims, even if the parties were to agree to it. *See Ins. Corp. of Ireland, Ltd. v. Compagnie des Bauxites de Guinee*, 456 U.S. 694, 702 (1982).

Plaintiff's counsel's notice says says the parties intend to file a joint motion to dismiss the case. The Court intends to dismiss the case without prejudice but without leave to amend, and the dismissal will not include an adjudication of the state law claims. *See Rodriguez*, 323 Fed. Appx. at 617. The dismissal will prevent the ADA claims from being refiled (because they are permanently moot), and will prevent the state law claims from being refiled in federal court — though not necessarily in state court.

If either party disagrees with this proposal, they should promptly file an objection. Otherwise, they may file a joint motion to dismiss, consistent with this order, by **January 11, 2018**. If they do neither, the Court will dismiss the case as proposed in this order. Discovery is suspended.

**IT IS SO ORDERED**.

DATED: January 4, 2018

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge